UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                              Plaintiff,         22 Civ. 8342 (LGS)

            -against-                     ORDER

CHARLES RUSTIN HOLZER,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 4, 2022, judgment was entered against Defendant on consent;

WHEREAS, the judgment provided that the Court shall determine the amount of disgorgement and/or civil penalties upon Plaintiff's motion.  It is hereby

**ORDERED** that, by **October 27, 2022**, Plaintiff shall file a status letter concerning its motion for disgorgement and/or civil penalties and proposing a briefing schedule if appropriate.

Dated: October 19, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE